ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 1:42 PM
CHRISTOPHER A. PRINE
CLERK

# MCKOOL SMITH

Samuel F. Baxter
sbaxter@McKoolSmith.com

104 E. Houston Street, Suite 300
Marshall, Texas 75670

Telephone: (903) 923-9002
Facsimile: (903) 923-9095

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 1:42:25 PM
CHRISTOPHER A. PRINE
Clerk

November 18, 2025

**Via ECF**

Christopher R. Prine
Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

      *Re*:  *In re AstraZeneca Pharmaceuticals LP, No. 15-25-00088*

Dear Mr. Prine:

      This responds to the correspondence sent by counsel for AstraZeneca Pharmaceuticals LP ("AstraZeneca") on November 14, 2025, which, while characterized as a "status report," attempts to nudge the Court to grant AstraZeneca's mandamus petition.

      First, AstraZeneca complains that it is facing imminent pre-trial deadlines. This is unremarkable given that this case has been pending for over three years. Indeed, but for a very recent request that the State of Texas and Relators accommodate a personal matter affecting one of AstraZeneca's Harrison County-based trial counsel, jury selection was set to commence on December 1, 2025.[1]

      Second, AstraZeneca complains about the "burdens of preparing for trial in a disputed venue." But not one of AstraZeneca's designated trial witnesses lives or works in Travis County; rather, they live in Delaware, California, Massachusetts, Minnesota, and various locations in Texas nowhere near Travis County. Nor does trial in Harrison County present a burden for AstraZeneca's counsel, who are based in Marshall, TX, Washington, D.C., Houston, TX, and Philadelphia, PA.

      Finally, AstraZeneca asserts that a decision on its mandamus petition "will support the efficient administration of justice." AstraZeneca overlooks that it hampered the efficient administration of justice when it filed a venue challenge that misstated its connections to the forum and, once it lost, purposefully waited *21 months* to file a mandamus petition. *See* Resp. to Pet. for Writ of Mandamus at 10-13, 16-20. Nor is the goal of efficient administration of justice served when a busy trial court that has already ruled on special exceptions, a venue challenge, and motions to compel—and is now reviewing voluminous summary judgment and *Robinson* motions—is

---

[1] To accommodate this issue, the Harrison County court is reworking its trial calendar, and the expectation is that trial will take place in January 2026.

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Washington, DC**

relieved of duty just weeks before trial. But that is what AstraZeneca requests in its mandamus petition and November 14, 2025 correspondence.

We thank the Court for its attention to this matter.

Samuel F. Baxter

Cc:    Counsel of Record, via ECF

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108182513
Filing Code Description: Letter
Filing Description: S. Baxter letter to Court responding to Defendants' 11/14/2025 Status Report
Status as of 11/18/2025 1:45 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon L.Wooten | | kwooten@scottdoug.com | 11/18/2025 1:42:25 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 11/18/2025 1:42:25 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 11/18/2025 1:42:25 PM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 11/18/2025 1:42:25 PM | SENT |
| William Peterson | 24065901 | william.peterson@oag.texas.gov | 11/18/2025 1:42:25 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 11/18/2025 1:42:25 PM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 11/18/2025 1:42:25 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 11/18/2025 1:42:25 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 11/18/2025 1:42:25 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 11/18/2025 1:42:25 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 11/18/2025 1:42:25 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 11/18/2025 1:42:25 PM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 11/18/2025 1:42:25 PM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 11/18/2025 1:42:25 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 11/18/2025 1:42:25 PM | SENT |
| Ruth Adams | | radams@scottdoug.com | 11/18/2025 1:42:25 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 11/18/2025 1:42:25 PM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 11/18/2025 1:42:25 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 11/18/2025 1:42:25 PM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 11/18/2025 1:42:25 PM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 11/18/2025 1:42:25 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/18/2025 1:42:25 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108182513
Filing Code Description: Letter
Filing Description: S. Baxter letter to Court responding to Defendants' 11/14/2025 Status Report
Status as of 11/18/2025 1:45 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/18/2025 1:42:25 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 11/18/2025 1:42:25 PM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 11/18/2025 1:42:25 PM | SENT |
| Steven Strauss | | steven.strauss@morganlewis.com | 11/18/2025 1:42:25 PM | SENT |
| joel leach | | jleach@mckoolsmith.com | 11/18/2025 1:42:25 PM | SENT |
| denise lopez | | dlopez@mckoolsmith.com | 11/18/2025 1:42:25 PM | SENT |
| Cynthia Lu | | cynthia.lu@oag.texas.gov | 11/18/2025 1:42:25 PM | ERROR |
| Angel Devine | | adevine@mckoolsmith.com | 11/18/2025 1:42:25 PM | SENT |
| Radu Lelutiu | | rlelutiu@mckoolsmith.com | 11/18/2025 1:42:25 PM | SENT |
| Ryan McCarthy | | ryan.mccarthy@morganlewis.com | 11/18/2025 1:42:25 PM | SENT |
| Bradie Williams | | bradie.williams@morganlewis.com | 11/18/2025 1:42:25 PM | SENT |
| Joshua Morrow | | josh@lkcfirm.com | 11/18/2025 1:42:25 PM | SENT |
| Scott Keller | | scott@lkcfirm.com | 11/18/2025 1:42:25 PM | SENT |
| Andrew Davis | | andrew@lkcfirm.com | 11/18/2025 1:42:25 PM | SENT |
| Cathy Hodges | | catherine.hodges@aporter.com | 11/18/2025 1:42:25 PM | SENT |